# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jonker, Robert J. | U.S. Dist. Court, Western Dist of MI | 11/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief US District Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ✔ Annual  ☐ Final <br> **5b.** ✔ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

685 Federal Building
110 Michigan Street N.W.
Grand Rapids, MI 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed psychology practice with executive coaching |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Deposit Accounts at Fifth Third Bank | A | Interest | M | T | | | | | |
| 2. Fifth Third Bank - Stock | A | Dividend | J | T | | | | | |
| 3. Deposit Account at Lake Michigan Credit Union | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. RETAIL ACCOUNT | | | | | | | | | |
| 6. Morgan Stanley - Money Market | A | Interest | J | T | | | | | |
| 7. Berkshire Hathaway CI B | A | Dividend | J | T | Buy | 11/04/20 | J | | |
| 8. Ark Innovation ETF | A | Dividend | J | T | Buy | 11/04/20 | J | | |
| 9. First Trust Consumer Discret | A | Dividend | J | T | Buy | 07/09/20 | J | | |
| 10. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 11. First Trust DJ Internet IDX | A | Dividend | J | T | Sold<br>(part) | 11/04/20 | J | B | |
| 12. First Trust DW Foxus 5 Intl | | None | | | Sold | 03/31/20 | J | A | |
| 13. First Trust Health Care Alpha ETF | | None | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 14. | | | | | Sold | 11/04/20 | J | A | |
| 15. First Trust Finl Alphadex ETF | | None | | | Sold<br>(part) | 07/09/20 | J | A | |
| 16. | | | | | Sold | 11/04/20 | J | B | |
| 17. First Trust Larg Cap Value AL | A | Dividend | J | T | Buy<br>(add'l) | 11/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust NASDAQ 100-Tech | A | Dividend | J | T | Sold (part) | 11/04/20 | J | B | |
| 19. First Trust Tech Alpha ETF | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 20. FT North American Energy Infra | | None | | | Sold (part) | 03/31/20 | J | A | |
| 21. | | | | | Sold | 11/04/20 | J | A | |
| 22. Hartford Multifactor Development | A | Dividend | J | T | Sold (part) | 11/04/20 | J | A | |
| 23. Highland Income Fund Trading | A | Dividend | J | T | Sold (part) | 11/04/20 | J | A | |
| 24. Ishares Core S&P Total US Stock | A | Dividend | J | T | Buy (add'l) | 11/04/20 | J | | |
| 25. Proshares Tr S&P 500 DV Arist | A | Dividend | J | T | Buy (add'l) | 03/31/20 | J | | |
| 26. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 27. Vanguard Intl Equity Index Fd | | None | | | Sold | 03/11/20 | J | B | |
| 28. American Gr Fd of America | A | Dividend | J | T | Buy (add'l) | 03/31/20 | J | | |
| 29. | | | | | Sold (part) | 11/04/20 | J | B | |
| 30. Calemos Market Neutral Inc I | A | Dividend | K | T | Buy (add'l) | 11/04/20 | J | | |
| 31. Goldman Sachs GQG Intl Opp | A | Dividend | J | T | Buy | 11/04/20 | J | | |
| 32. Lord Abbett Alpha Strat F | A | Dividend | J | T | Sold (part) | 11/04/20 | J | A | |
| 33. Nuveen Strat Muni Opport I | | None | | | Sold | 03/12/20 | J | A | |
| 34. Pimco Em Mkt Loc Cur & Bd 12 | | None | | | Sold | 11/04/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco GMNA&Gov Securities 12 | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 36. | | | | | Sold (part) | 11/04/20 | K | A | |
| 37. Pimco High Yield Muni Bond 12 | | None | | | Sold | 03/12/20 | J | A | |
| 38. Pimco Invest Grd Cred Bd 12 | A | Dividend | J | T | Sold | 03/11/20 | J | A | |
| 39. | | | | | Buy | 11/04/20 | J | | |
| 40. Pimco Mortgage Opp & Bd 12 | | None | | | Sold | 11/04/20 | J | A | |
| 41. Pioneer Mult Ast Ult Sht Inc Y | | None | | | Buy | 03/11/20 | J | | |
| 42. | | | | | Sold | 03/18/20 | J | A | |
| 43. Pioneer High Income Muni Y | A | Dividend | J | T | Buy | 11/04/20 | J | | |
| 44. Virtus Vontobel Emerg Mrkt Opp I | A | Dividend | J | T | | | | | |
| 45. Vertus Nwflt Mltsec Shtm Bd I | A | Dividend | J | T | Buy (add'l) | 11/04/20 | J | | |
| 46. | | | | | | | | | |
| 47. IRA ACCOUNT | | | | | | | | | |
| 48. Morgan Stanley - Bank Deposit Money Market | A | Interest | J | T | Buy | 02/28/20 | J | | |
| 49. Highland Income Fund Trading | B | Dividend | K | T | Buy | 05/15/20 | J | | |
| 50. American Amcap A | A | Dividend | M | T | | | | | |
| 51. American Cap Inc Builder | | None | | | Sold | 04/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Cap World Bond | A | Dividend | L | T | | | | | |
| 53. American Cap World Gr & Inc | A | Dividend | K | T | | | | | |
| 54. American Europacific Growth | A | Dividend | L | T | | | | | |
| 55. American Fundamental Inv | B | Dividend | M | T | | | | | |
| 56. American Gr Fd of America | | None | | | Sold | 05/15/20 | K | A | |
| 57. American New Perspective | A | Dividend | L | T | | | | | |
| 58. Skybridge Multi-Adsr Hf Ser G | A | Dividend | K | T | | | | | |
| 59. CPG Vintage Access Fund II | A | Dividend | K | T | Buy | 09/24/20 | J | | |
| 60. TCG BDC II | A | Dividend | K | T | | | | | |
| 61. | | | | | | | | | |
| 62. IRA ACCOUNT-2 | | | | | | | | | |
| 63. Morgan Stanley Money Market Acct | A | Interest | J | T | | | | | |
| 64. Birshire Hathaway ClB | A | Dividend | K | T | Buy | 11/03/20 | K | | |
| 65. Ark Innovations ETF | A | Dividend | J | T | Buy | 11/03/20 | J | | |
| 66. First Trust Health Care Alpha ETF | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 67. | | | | | Sold (part) | 03/26/20 | J | A | |
| 68. | | | | | Sold (part) | 08/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/03/20 | J | B | |
| 70. First Trust Consumer Discret | A | Dividend | K | T | Buy | 07/09/20 | J | | |
| 71. | | | | | Sold (part) | 07/19/20 | J | A | |
| 72. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 73. First Trust DJ Internet IDX | A | Dividend | K | T | Sold (part) | 03/26/20 | J | A | |
| 74. | | | | | Sold (part) | 08/12/20 | J | A | |
| 75. | | | | | Sold (part) | 11/03/20 | J | A | |
| 76. | | | | | Sold (part) | 11/03/20 | J | B | |
| 77. First Trust Fncl Alphadex ETF | | None | | | Sold (part) | 03/11/20 | J | A | |
| 78. | | | | | Sold (part) | 03/26/20 | J | A | |
| 79. | | | | | Sold (part) | 05/19/20 | J | A | |
| 80. | | | | | Sold | 07/09/20 | J | A | |
| 81. First Trust DW Foxus 5 Intl | | None | | | Sold (part) | 03/11/20 | J | A | |
| 82. | | | | | Sold (part) | 03/26/20 | J | A | |
| 83. | | | | | Sold | 03/31/20 | J | A | |
| 84. First Trust Larg Cap Value AL | A | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 85. | | | | | Sold (part) | 03/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/19/20 | J | A | |
| 87. | | | | | Sold (part) | 08/12/20 | J | A | |
| 88. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 89. First Trust NASDAQ 100 - Tech | A | Dividend | K | T | Sold (part) | 03/26/20 | J | A | |
| 90. | | | | | Sold (part) | 08/12/20 | J | A | |
| 91. | | | | | Sold (part) | 11/03/20 | J | B | |
| 92. First Trust Tech Alpha ETF | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 93. | | | | | Sold | 03/26/20 | J | A | |
| 94. | | | | | Sold (part) | 08/12/20 | J | A | |
| 95. | | | | | Sold (part) | 11/03/20 | J | C | |
| 96. FT North American Energy Infra | | None | | | Sold (part) | 03/11/20 | J | A | |
| 97. | | | | | Sold (part) | 03/26/20 | J | A | |
| 98. | | | | | Sold (part) | 03/31/20 | J | A | |
| 99. | | | | | Sold (part) | 08/12/20 | J | A | |
| 100. | | | | | Sold | 11/03/20 | J | A | |
| 101. Highland Income Fund Trading | B | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 102. | | | | | Sold (part) | 03/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold (part) | 05/19/20 | J | A | |
| 104. | | | | | Sold (part) | 08/12/20 | J | A | |
| 105. | | | | | Sold (part) | 11/03/20 | J | A | |
| 106. Ishares Core S&P Total US Stock | A | Dividend | K | T | Sold (part) | 03/26/20 | J | A | |
| 107. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 108. | | | | | Sold (part) | 08/12/20 | J | A | |
| 109. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 110. Vanguard Intl Equity Index Fd | | None | | | Sold | 03/11/20 | K | A | |
| 111. American Gr Fd of America | A | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 112. | | | | | Sold (part) | 03/26/20 | J | A | |
| 113. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 114. | | | | | Sold (part) | 05/19/20 | J | A | |
| 115. | | | | | Sold (part) | 08/12/20 | J | A | |
| 116. | | | | | Sold (part) | 11/03/20 | J | B | |
| 117. BNY Mellon Glb Fixed Income | A | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 118. | | | | | Sold (part) | 03/26/20 | J | A | |
| 119. | | | | | Sold (part) | 05/19/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 08/12/20 | J | A | |
| 121. Calamos Market Neutral | A | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 122. | | | | | Sold (part) | 03/26/20 | J | A | |
| 123. | | | | | Sold (part) | 05/19/20 | J | A | |
| 124. | | | | | Sold (part) | 08/12/20 | J | A | |
| 125. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 126. Goldman Sachs GQG Intl Opp I | A | Dividend | J | T | Buy | 11/03/20 | J | | |
| 127. Guggenheim Macro Opport I | | None | | | Sold | 03/11/20 | J | A | |
| 128. Guggenheim Total Return Bd I | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 129. | | | | | Sold (part) | 03/26/20 | J | A | |
| 130. | | | | | Sold (part) | 05/19/20 | J | A | |
| 131. | | | | | Sold (part) | 08/12/20 | J | A | |
| 132. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 133. Lord Abbett Allpha Strat | A | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 134. | | | | | Sold (part) | 03/26/20 | J | A | |
| 135. | | | | | Sold (part) | 05/19/20 | J | A | |
| 136. | | | | | Sold (part) | 08/12/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/03/20 | J | A | |
| 138.  Pimco Em Mkt Loc Cur & Bd 12 | | None | | | Sold (part) | 05/19/20 | J | A | |
| 139. | | | | | Sold (part) | 08/12/20 | J | A | |
| 140. | | | | | Sold | 11/03/20 | J | A | |
| 141.  Pimco GNMA&Gov Securities 12 | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 142. | | | | | Sold (part) | 03/26/20 | J | A | |
| 143. | | | | | Sold (part) | 05/19/20 | J | A | |
| 144. | | | | | Sold (part) | 08/12/20 | J | A | |
| 145. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 146.  Pimco Invest Grd Corp Bd 12 | | None | | | Sold | 03/11/20 | K | A | |
| 147.  Pimco Mortgage Opp & Bd 12 | | None | | | Sold (part) | 03/11/20 | J | A | |
| 148. | | | | | Sold (part) | 03/26/20 | J | A | |
| 149. | | | | | Sold (part) | 05/19/20 | J | A | |
| 150. | | | | | Sold (part) | 08/12/20 | J | A | |
| 151. | | | | | Sold | 11/03/20 | K | A | |
| 152.  Pimco Stockplus Intl 12 | A | Dividend | K | T | Sold (part) | 03/11/20 | J | A | |
| 153. | | | | | Sold (part) | 03/26/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 05/19/20 | J | A | |
| 155. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 156. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 157. Pioneer Mlti Ast Ult Sht Inc Y | | None | | | Buy | 03/11/20 | K | | |
| 158. | | | | | Sold | 03/18/20 | K | A | |
| 159. Virtus Nwflt Mltsec Shtm Bd I | A | Dividend | K | T | Sold<br>(part) | 03/11/20 | J | A | |
| 160. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 161. | | | | | Sold<br>(part) | 05/19/20 | J | A | |
| 162. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 163. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 164. Virtus Vontobel Emerg Mrkt Opp I | A | Dividend | K | T | Sold<br>(part) | 03/11/20 | J | A | |
| 165. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 166. | | | | | Sold<br>(part) | 05/19/20 | J | A | |
| 167. | | | | | Sold<br>(part) | 08/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 11/05/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Jonker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544